# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-16-00522-CV

**Brian Harris; Passion Fielder; Michael Best; Glenda Best; and/or All Other Occupants of 1512 Sundance Drive, Round Rock, Texas, Appellants**

**v.**

**MWS Capital, LLC, Appellee**

### FROM THE COUNTY COURT AT LAW NO. 2 OF WILLIAMSON COUNTY
### NO. 16-0988-CC2, HONORABLE LAURA BARKER, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

On December 9, 2016, the Clerk of this Court sent notice to appellants that their brief was due on November 7, 2016, and was overdue, and that if they failed to file a brief, this Court would dismiss this appeal for want of prosecution. The Clerk also notified appellants that the appeal would be dismissed for want of prosecution if they did not respond to this Court by December 19, 2016. To date, appellants have not responded to this Court's notice and have not filed a brief. Accordingly, we dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b), (c).

_____

Melissa Goodwin, Justice

Before Justices Puryear, Pemberton, and Goodwin

Dismissed for Want of Prosecution

Filed:   January 11, 2017